

## 11TH COURT OF APPEALS

### EASTLAND, TEXAS

### JUDGMENT

City of Merkel,                                    * From the 104th District Court
                                                      of Taylor County
                                                      Trial Court No. 26098-B.

Vs. No. 11-16-00323-CV                             * October 18, 2018

Alan Copeland and Ruth Culley,                     *  Opinion by Bailey, C.J.
                                                      (Panel consists of: Bailey, C.J.;
                                                      Gray, C.J., sitting by assignment;
                                                      and Wright, S.C.J., sitting by
                                                      assignment)
                                                      (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the orders below. Therefore, in accordance with this court's opinion, we reverse the orders of the trial court, and we render judgment dismissing Alan Copeland's and Ruth Culley's suit against the City of Merkel. The costs incurred by reason of this appeal are taxed against Alan Copeland and Ruth Culley.